# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DEBRA NELSON | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:19-CV-263 |
| | § | Judge Mazzant |
| v. | § | |
| | § | |
| SUNBEAM PRODUCTS, INC. d/b/a | § | |
| JARDEN CONSUMER SOLUTIONS, | § | |
| | § | |
| *Defendant.* | § | |

## VERDICT OF THE JURY

We, the Jury, find as follows:

### QUESTION ONE

Was there a design defect in the Sunbeam Space Heater Model SQH310 at the time it left the possession of Sunbeam Products, Inc. that was a producing cause of the injury in question?

Answer Yes or No.

Answer: __Yes__

If you answered "Yes" to Question No. 1, proceed to Question No. 2.

If you answered "No" to Question No. 1, proceed to the last page to sign and date the Jury Verdict.

1

## QUESTION TWO

Did the negligence, if any, of Plaintiff Debra Nelson proximately cause the injury in question?

Answer Yes or No:

_____No_____

If you answered "Yes" to Question No. 2, proceed to Question No. 3.

If you answered "No" to Question No. 2, proceed to Question No. 4.

## QUESTION THREE

Assign percentages of responsibility only to those you found caused the injury in question. The percentages you find must total 100%. The percentages must be expressed in whole numbers. The percentage of causation attributable to a person or product is not necessarily measured by the number of acts, omissions, or product defects found.

For each person or entity named below found by you to have caused the injury, find the percentage of responsibility attributable to each:

a. Sunbeam Products, Inc. _____%

b. Debra Nelson _____%

Total = <u>100%</u>

Proceed to Question No. 4.

## QUESTION FOUR

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Debra Nelson for her injuries, if any, that resulted from the occurrence in question?

Consider the elements of damages listed below and none other. Consider each element separately. Do not award any sum of money on any element if you have otherwise, under some other element, awarded a sum of money for the same loss. That is, do not compensate twice for the same loss, if any. Do not include interest on any amount of damages you find.

Answer separately, in dollars and cents, for damages, if any. Do not reduce the amounts, if any, in your answers because of the negligence, if any, of Plaintiff Debra Nelson. Any recovery will be determined by the Court when it applies the law to your answers at the time of judgment.

a. Physical pain sustained in the past.

Amount: $ 300,000

b. Physical pain that, in reasonable probability, Plaintiff will sustain in the future.

Amount: $ 150,000

c. Mental anguish sustained in the past.

Amount: $ 150,000

d. Mental anguish that, in reasonable probability, Plaintiff will sustain in the future.

Amount: $ 150,000

e. Disfigurement sustained in the past.

Amount: $ 100,000

f. Disfigurement that, in reasonable probability, Plaintiff will sustain in the future.

Amount: $ 75,000

g.  Physical impairment sustained in the past.

Amount:   $ __100,000__

h.  Physical impairment that, in reasonable probability, Plaintiff will sustain in the future.

Amount:   $ __75,000__

Foreperson's Init _____   Date: __9/2/21__